IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv577-MEF |
| | ) | |
| NINE THOUSAND NINE HUNDRED | ) | |
| SEVENTY ($9,970) DOLLARS IN | ) | (WO) |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**DECREE OF FORFEITURE**

Before the Court is the United States of America's ("United States") Motion for Decree of Forfeiture (Doc. # 10).

On July 18, 2011, the United States filed a Verified Complaint for Forfeiture In Rem, pursuant to 21 U.S.C. § 881(a)(6), alleging that the Defendant currency represents proceeds traceable to moneys or other thing of value furnished, or intended to be furnished by any person in exchange for a controlled substance in violation of 21 U.S.C. § 841(a). (Doc. #1).

It appearing that process was fully issued in this action and returned according to law:

Pursuant to a Warrant of Arrest In Rem (Doc. #3) issued by this Court on July 19, 2011, the United States Marshals Service for this District served the Defendant currency on July 21, 2011 (Doc. #5);

On July 22, 2011, Attorney Richard Keith was personally served by a United States Marshal with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture Against Personal Property, and Warrant of Arrest In Rem  (Doc. #4);

On August 2, 2011, Quincy Philippe Williams was personally served by a United States Marshal with copies of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, Notice of Complaint for Forfeiture Against Personal Property, and Warrant of Arrest <u>In</u> <u>Rem</u> (Doc. #6);

Notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, beginning on July 20, 2011, and ending August 18, 2011 (Doc. #7);

On September 16, 2011, default was entered against Quincy Philippe Williams and all other persons and entities having any interest in the Defendant currency (Doc. #9);

No other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Motion for Decree of Forfeiture is GRANTED; and,

2. The following property is hereby forfeited to the United States, to be disposed of according to law, and no right, title or interest in the Defendant currency shall exist in any other party**:**

**Nine Thousand Nine Hundred Seventy ($9,970) Dollars in United States currency.**

DONE this the 21st day of September, 2011.

                                        /s/ Mark E. Fuller
                                 UNITED STATES DISTRICT JUDGE