## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv577-MEF |
| | ) | |
| NINE THOUSAND NINE HUNDRED | ) | |
| SEVENTY ($9,970) DOLLARS IN | ) | (WO) |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, decrees, and orders of the Court, it is

ORDERED and ADJUDGED as follows:

　　　　1.　　　　Final Judgment of Forfeiture of the defendant **$9,970 IN U.S. CURRENCY**

is hereby entered in favor of the United States and against all persons claiming any right, title

or interest in the defendant currency.

　　　　2.　Costs are taxed as paid.

　　　　3.　The Clerk of the Court is DIRECTED to enter this document as a Final Judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

　　　　DONE this the 21st day of September, 2011.


　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE